**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALVIN JACK**                                                                                      **PETITIONER**
**ADC #500523**

**v.**                                                  **No. 4:21-CV-946-LPR**

**DEXTER L. PAYNE, Director,**
**Arkansas Division of Correction**                                                 **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray.   No objections have been filed and the time to do so has expired.   After a careful

and *de novo* review of the Recommendation and the record, the Recommendation is approved and

adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Rickey Ashley's habeas petition, filed in Alvin Jack's name, is DISMISSED WITH

PREJUDICE.

2.       A certificate of appealability is DENIED.

DATED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE