UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALVIN JACK                                                                                                          PETITIONER
ADC #500523

v.                                                 No. 4:21-CV-946-LPR

DEXTER L. PAYNE, Director,
Arkansas Division of Correction                                                                        RESPONDENT

## JUDGMENT

Consistent with the Order entered today, this case is dismissed with prejudice. All relief sought is denied, and the case is closed. A certificate of appealability is denied.

IT IS SO ADJUDGED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE